| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Juliette B. Shular** | Social Security number or ITIN | **xxx–xx–3547** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter  13 | **12/13/17** |
| Case number: | **17–36997** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case     12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Juliette B. Shular | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 227 W. Parkview Dr.<br>Addison, IL 60101 | |
| 4. | **Debtor's attorney**<br>Name and address | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | Contact phone 847 520–8100<br>Email: davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532 | Contact phone 630–981–3888 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 12/14/17 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 24, 2018 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>801 Warrenville Rd, Ste 655, Lisle, IL 60532–3614 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/26/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/21/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/11/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**2/16/18** at **10:00 AM**, Location: **100 S 3rd Street, Courtroom 240, Geneva, IL 60134**<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 17-36997-JSB
Juliette B. Shular                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: vvirgen          Page 1 of 2          Date Rcvd: Dec 14, 2017
                            Form ID: 309I          Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2017.

```
db             +Juliette B. Shular,   227 W. Parkview Dr.,   Addison, IL 60101-3726
tr             +Glenn B Stearns,   801 Warrenville Road Suite 650,   Lisle, IL 60532-4350
26283291       +AIU Online,   231 N. Martingale Rd. 6th Fl,   Schaumburg, IL 60173-2007
26283288       +Addison Water,   1 Friendship Plaza,   Addison, IL 60101-2787
26283289       +Addiston Water,   1 Friendship Plaza,   Addison, IL 60101-2787
26283290       +Aes/acapita Ed Fin Cor,   Po Box 61047,   Harrisburg, PA 17106-1047
26283292        Associated Pathology Consultants-El,   2634 Solutions Center,   Chicago, IL 60677-2006
26283295       +Atg Credit,   1700 W Cortland St Ste 2,   Chicago, IL 60622-1131
26283329       ++CONTINENTAL FINANCE COMPANY LLC,   PO BOX 8099,   NEWARK DE 19714-8099
                (address filed with court: Mabt/Contfin,   PO Box 8099,   Newark, DE 19714)
26283304        Comcast,   PO Box 3002,   Southeastern, PA 19398-3002
26283305        Comcast,   Bankruptcy Department,   11621 E. Marginal Way 5,   Tukwila, WA 98168-1965
26283310       +Dpt Treasury,   3700 East West Highway,   Hyattsville, MD 20782-2092
26283311       +DuPage Habitat for Humanity, Inc.,   1600 E Roosevelt Road,   Wheaton, IL 60187-6808
26283312       +Elmhurst Emerg Med Servs,   200 Berteau Ave,   Elmhurst, IL 60126-2966
26283314        Elmhurst Radiologists, SC,   PO Box 1035,   Bedford Park, IL 60499-1035
26283316        FEMA,   P.O. Box 530217,   Atlanta, GA 30353-0217
26283323        HSBC,   PO Box 1231,   Brandon, FL 33509-1231
26283322       +Habitat for Humanity,   PO Box 754,   Marion, IL 62959-0754
26283326       +Illinois Tollway,   Attn:Attorney General Legal Dept.,   2700 Ogden Ave.,
                 Downers Grove, IL 60515-1703
26283330       +Medical Business Bureau,   1175 Devin Drive, Suite 171,   Norton Shores, MI 49441-6079
26283334       +O'Brien Law Office, PC,   124A South County Farm Road,   Wheaton, IL 60187-4596
26283335       +Pinnacle Llc,   Po Box 10497,   Greenville, SC 29603-0497
26283337       +Resurgence Capital Services,   Resurgence Legal Group,   1161 Lake Cook #E,
                 Deerfield, IL 60015-5277
26283338       +Sunrise Credit Service,   234 Airport Plaza Blvd S,   Farmingdale, NY 11735-3938
26283339       +TCF Bank,   800 Burr Ridge Pkwy,   Burr Ridge, IL 60527-0865
26283343       +Us Dept Of Ed/glelsi,   2401 International Lane,   Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: davidsiegelbk@gmail.com Dec 15 2017 00:52:39     David M Siegel,
                 David M. Siegel & Associates,   790 Chaddick Drive,   Wheeling, IL  60090
ust            +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Dec 15 2017 00:53:34     Patrick S Layng,
                 Office of the U.S. Trustee, Region 11,   219 S Dearborn St,   Room 873,
                 Chicago, IL 60604-2027
26283293       +EDI: CINGMIDLAND.COM Dec 15 2017 00:13:00     AT&T,   Bankruptcy Department,
                 5407 Andrew Highway,   Midland, TX 79706-2851
26283294       +EDI: CINGMIDLAND.COM Dec 15 2017 00:13:00     AT&T Mobility,   P.O. Box 6416,
                 Carol Stream, IL 60197-6416
26283297        EDI: BANKAMER.COM Dec 15 2017 00:18:00     Bank of America,   PO Box 982238,
                 El Paso, TX 79998-2238
26283296       +EDI: BANKAMER.COM Dec 15 2017 00:18:00     Bank of America,   Bankruptcy Department,
                 CA6-919-0241, PO Box 5170,   Simi Valley, CA 93062-5170
26283300        EDI: CAPITALONE.COM Dec 15 2017 00:18:00     Capital One Bank Usa,   15000 Capital One Dr,
                 Richmond, VA 23238
26283298        EDI: CAPITALONE.COM Dec 15 2017 00:18:00     Cap One,   Bankruptcy Dept.,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
26283299       +EDI: CAPITALONE.COM Dec 15 2017 00:18:00     Capital 1 Bank,   Attn: General Correspondence,
                 Po Box 30285,   Salt Lake City, UT 84130-0285
26283301        EDI: CAPITALONE.COM Dec 15 2017 00:18:00     Capital One Bank, N.A.,   PO Box 71083,
                 Charlotte, NC 28272-1083
26283302       +E-mail/Text: bankruptcy@cavps.com Dec 15 2017 00:54:25     Cavalry Portfolio Serv,
                 Po Box 27288,   Tempe, AZ 85285-7288
26283303       +E-mail/Text: Info@williamsonandbrown.com Dec 15 2017 00:55:32     Cingular,
                 c/o Williamson & Brown, LLC,   4691 Clifton parkway,   Hamburg, NY 14075-3201
26283307       +EDI: CMIGROUP.COM Dec 15 2017 00:13:00     Credit Management Lp,   4200 International Pkwy,
                 Carrollton, TX 75007-1912
26283308       +EDI: IRS.COM Dec 15 2017 00:18:00     Department of Treasury,   Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
26283309       +EDI: DCI.COM Dec 15 2017 00:18:00     Diversified Consultant,   P O Box 551268,
                 Jacksonville, FL 32255-1268
26283313        E-mail/Text: RDEVRIE@EMHC.ORG Dec 15 2017 00:55:32     Elmhurst Memorial Hospital,
                 75 Remittance Drive,   Suite 6383,   Chicago, IL 60675-6383
26283315       +E-mail/Text: bknotice@erccollections.com Dec 15 2017 00:53:57     Enhanced Recovery Co L,
                 8014 Bayberry Rd,   Jacksonville, FL 32256-7412
26283317        E-mail/Text: margaret.ramos@fema.dhs.gov Dec 15 2017 00:54:50     FEMA,   c/o Margaret Ramos,
                 500 C Street SW, Ste 840,   Washington, DC 20472-3100
26283319        EDI: BLUESTEM Dec 15 2017 00:18:00     FINGERHUT/WEBBANK,   6250 Ridgewood Rd.,
                 Saint Cloud, MN 56303-0820
26283318        EDI: BLUESTEM Dec 15 2017 00:18:00     Fingerhut,   PO Box 1250,   Saint Cloud, MN 56395-1250
26283321       +EDI: AMINFOFP.COM Dec 15 2017 00:18:00     First Premier Bank,   3820 N. Louise Ave.,
                 Sioux Falls, SD 57107-0145
```

```
District/off: 0752-1           User: vvirgen               Page 2 of 2                 Date Rcvd: Dec 14, 2017
                               Form ID: 309I              Total Noticed: 59

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
26283320       +EDI: AMINFOFP.COM Dec 15 2017 00:18:00     First Premier Bank,    Bankruptcy Department,
                 PO Box 5523,   Sioux Falls, SD 57117-5523
26283324        E-mail/Text: rev.bankruptcy@illinois.gov Dec 15 2017 00:53:45
                 Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,   Chicago, IL 60664-0338
26283325       +E-mail/Text: ISAC.Bankruptcy@illinois.gov Dec 15 2017 00:52:53
                 Illinois Student Assistance Comm.,    Bankruptcy Dept.,    1755 Lake Cook Rd.,
                 Deerfield, IL 60015-5215
26283328        EDI: JEFFERSONCAP.COM Dec 15 2017 00:19:00     Jefferncp (Jefferson Capital Syste,
                 16 McLeland Rd.,    Saint Cloud, MN 56303
26283331       +E-mail/Text: egssupportservices@alorica.com Dec 15 2017 00:54:08
                 NCO Financial Systems, Inc.,    600 Holiday Plaza Drive,    Suite 300,   Matteson, IL 60443-2238
26283332        E-mail/Text: bankrup@aglresources.com Dec 15 2017 00:52:43     Nicor Gas,    ALL MAIL GOES TO,
                 Bankruptcy Dept. PO Box 190,    Aurora, IL 60507-0190
26283333       +E-mail/Text: clientservices@northwestcollectors.com Dec 15 2017 00:53:16
                 Northwest Collectors,    3601 Algonquin Rd Ste 23,    Rolling Meadows, IL 60008-3143
26283336       +EDI: PRA.COM Dec 15 2017 00:13:00     Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
26283342        EDI: USBANKARS.COM Dec 15 2017 00:13:00     US Bank,    1200 Energy Park Drive,
                 Saint Paul, MN 55108
26283340        EDI: USBANKARS.COM Dec 15 2017 00:13:00     US Bank,    425 Walnut St.,    Cincinnati, OH 45202
26283341        EDI: USBANKARS.COM Dec 15 2017 00:13:00     US Bank,    Attn: Bankruptcy Dept,    PO Box 5229,
                 Cincinnati, OH 45201-5229
26283344       +EDI: VERIZONWIRE.COM Dec 15 2017 00:18:00     Verizon,    Bankruptcy Nat'l Recovery Dept,
                 PO Box 26055,   Minneapolis, MN 55426-0055
                                                                                               TOTAL: 33

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26283327*        IRS,   Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
26283306      ##+Commonwealth Edison-Care Center,    Bankruptcy Department,    PO Box 87522,
                 Chicago, IL 60680-0522
                                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2017 at the address(es) listed below:
          David M Siegel    on behalf of Debtor 1 Juliette B. Shular davidsiegelbk@gmail.com,
           davidmsiegel@hotmail.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          Glenn B Stearns    mcguckin_m@lisle13.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```